Allan Berger, LA Bar 2977
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana  70119
Telephone: (504) 486-9481
Facsimile:  (504) 483-8130
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br>District Judge: Charles R. Breyer |
| ROBERT MINEO | Case No. 06-5275 |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| VS. | |
| PFIZER, INC., et al | |
| Defendants. | |

Comes now the Plaintiff, **ROBERT MINEO**, by and through the undersigned attorney(s), pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs.

Dated:  3-18-09                        BY _____
                                        Attorney for Plaintiff, ROBERT MINEO

ALLAN BERGER & ASSOC., P.L.C.
ALLAN BERGER (BAR #2977)
4173 Canal Street
New Orleans, LA 70119
Telephone:  (504) 486-9481
Facsimile:  (504) 483-2201
aberger@allan-berger.com

Dated: December 11, 2009          BY: _____

                                          DLA PIPER LLP (US)
                                          1251 Avenue of the Americas
                                          New York, NY 10020
                                          (212)335-4500
                                          Fax: 212-335-4501
                                          *DEFENDANTS' LIAISON COUNSEL*

**PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:     **DEC 1 6 2009**          _____
                                            Hon. Charles R. Breyer,
                                            United States District Court